DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IAN DREWE,**
Appellant,

v.

**SIMON REYNOLDS, BRACK JASKEY,** and **APPLIED EFFORTS, INC.,** a
Florida corporation,
Appellees.

No. 4D17-1845

[February 28, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Gregory M. Keyser, Judge; L.T. Case No.
502013CA001387XXXX.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Brack Jaskey, Phoenix, pro se.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***